Case 6:22-cv-00792-JCM   Document 1-3   Filed 07/18/22   Page 1 of 4
Hill County - 66th District Court
Filed 6/8/2022 9:19 AM
Marchel Eubank
District Clerk
Hill County, Texas
Brenda Bartlett

EXHIBIT 3

CAUSE NO. CV247-22DC

| | |
|---|---|
| KENNETH KREITER,<br>Plaintiff,<br><br>v.<br><br>DEBBIE FELTMAN AND JNJ EXPRESS, INC.,<br>Defendants. | IN THE DISTRICT COURT<br><br>66th _____ JUDICIAL DISTRICT<br><br>HILL COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, KENNETH KREITER, Plaintiff, and files Plaintiff's Original Petition, complaining of Defendants, DEBBIE FELTMAN AND JNJ EXPRESS, INC., and would show unto the Court as follows:

### I. DISCOVERY PLAN

1.   This suit is governed by discovery control plan II under Rule 190.3 of the Texas Rules of Civil Procedure.

### II. PARTIES

2.   Plaintiff, KENNETH KREITER, is an individual who resides at 246 Davis Ranch Road, Alvarado, Johnson County, Texas TX 76009.

3.   Defendant, DEBBIE FELTMAN, is an individual who resides at 5311 Highway 524, Russellville, Franklin County, AL 35653, and may be served with process at that address or wherever she may be located. Citation is requested for this Defendant and service will be completed by a private process server.

4.   Upon information and belief, Defendant, JNJ EXPRESS, INC., is an out of state corporation with its principal place of business at 600 Windsor Park Lane, Collierville, TN 38017, who upon information and/or belief does not have a registered agent in the State of Texas and may be served with process through the Secretary of State at P.O. Box 12079, Austin, Travis County, TX 78711 at its principal place of business. Citation is requested for this defendant and service will be completed by a private process server.

PLAINTIFF'S ORIGINAL PETITION/267884                                                                         Page 1

A CERTIFIED COPY
ATTEST ___ 20___
MARCHEL M. EUBANK
DISTRICT CLERK
HILL COUNTY, TEXAS
BY

Brenda Bartlett

### III. JURISDICTION & VENUE

5.     The Court has continuing jurisdiction over Defendants, because Defendant, Debbie Feltman, committed a tort within the State of Texas, and Defendant, JNJ Express, Inc., maintains substantial and continuing contacts with the State of Texas. The Court has jurisdiction over the controversy, because the damages are within the statutory jurisdictional limits of the Court.

6.     Venue is proper in Hill County, Texas, because all or a substantial part of the events or omissions giving rise to the claim occurred in Hill County.

### IV. FACTS

7.     This lawsuit results from an automobile collision that occurred on or about May 31, 2021, at Interstate Highway 35 in Waco, Hill County, Texas. Plaintiff, Kenneth Kreiter, was traveling southbound on Interstate Highway 35 with Defendant, Debbie Feltman, traveling behind Plaintiff's vehicle. Defendant, Debbie Feltman, was acting in the course and scope of her employment with Defendant, JNJ Express, Inc. Plaintiff, Kenneth Kreiter, came to stop on the shoulder of the highway due to the road way conditions. Defendant, Debbie Feltman, failed to be attentive, failed to control her speed, failed to maintain a single lane, and collided with Plaintiff's vehicle. Defendant, JNJ Express's employee, Debbie Feltman, struck Plaintiff's vehicle with such force that Plaintiff was ejected from his vehicle. As a result of the impact, Plaintiff suffered bodily injury, property damage, loss of earning capacity, and disfigurement.

### V. NEGLIGENCE

8.     Defendant, Debbie Feltman, and Defendant, JNJ Express, Inc., vicariously, had a duty to exercise ordinary care and operate the vehicle reasonably and prudently and failed to do so. Defendants were negligent in at least the following respects:

    a.     Failure to maintain a proper lookout;

    b.     Failure to make such application of the brakes as a person using ordinary care would have made;

      c.    Failure to maintain proper control of the vehicle under the conditions then and there existing;

      d.    Failure to turn the vehicle to the right or left to avoid the collision;

      e.    Traveling at an unsafe speed; and

      f.    Failure to maintain an adequate distance between the vehicle and the vehicle driven by Plaintiff, Kenneth Kreiter.

## VI. RESPONDEAT SUPERIOR

9. At the time of the accident, Defendant, Debbie Feltman, was the agent, servant, and employee of Defendant, JNJ Express, Inc., and was acting within the scope of her authority as such agent, servant, and employee. Defendant, JNJ Express, Inc., is liable to Plaintiff for the negligence of Defendant, Debbie Feltman, under the common law doctrine of *respondeat superior.*

## VII. DAMAGES

10. As a proximate result of Defendants' negligence, Plaintiff suffered bodily injury, property damage, loss of earning capacity, and disfigurement. Plaintiff suffered the following damages:

      a.    Physical pain and mental anguish in the past and future;

      b.    Medical expenses in the past and future;

      c.    Physical impairment;

      d.    Property damage;

      e.    Loss of earning capacity; and

      f.    Disfigurement.

Brenda Bartlett

Brenda Bartlett

## VIII. PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff, KENNETH KREITER, respectfully requests that Defendants, DEBBIE FELTMAN AND JNJ EXPRESS, INC., be cited to appear and answer, and on final trial, that Plaintiff have judgment against Defendants for:

    a.    Actual damages;

    b.    Prejudgment and post-judgment interest as allowed by law;

    c.    Costs of suit;

    d.    Monetary relief over $250,000 but not more than $1,000,000; and

    e.    Any further relief, either in law or equity, to which Plaintiff is justly entitled.

## IX. RULE 193.7 NOTICE

Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff gives notice that documents produced by any party to this case may be used at any pretrial proceeding or at the trial of this matter.

Respectfully submitted,

Ben Abbott & Associates, PLLC
1934 Pendleton Drive
Garland, TX 75041
(972) 263-5555
(817) 263-5555
(972) 682-7586 Facsimile
eService@benabbott.com

*/s/ James Bauguss III*
by: James Bauguss III
State Bar No. 24045463

ATTORNEYS FOR PLAINTIFF